IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 05-20307-D |
| ELAINE F. JACOBY, | * | |
| Defendant. | * | |

### ORDER GRANTING DEFENDANT'S MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT

For good cause shown, the Defendant's request to waive her appearance at the arraignment set in this case for Wednesday, August 24, 2005, at 9:30 a.m. is hereby **GRANTED**. The Defendant shall not be required to appear at the above arraignment and shall remain on her present bond.

It is so **ORDERED**.

This the _22_ day of August 2005.

Honorable Bernice Donald
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-23-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20307 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT