FILED BY _____ D.C.

05 SEP 13 PM 5: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 05-20307-D |
| ELAINE F. JACOBY, | * | |
| Defendant. | * | |

### ORDER GRANTING DEFENDANT'S MOTION TO WAIVE
### APPEARANCE AT REPORT DATE

The Defendant is set for a report date before the Court in the above-captioned matter on Thursday, September 22, 2005, at 9:00 a.m.

For good cause shown, the Defendant's request to waive her appearance at the report date is hereby **GRANTED**.

The Defendant shall not be required to appear at the above report dates and shall remain on her present bond.

It is so **ORDERED**. This the  /3   day of September 2005.

_____
Honorable Bernice Donald
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20307 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT