IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 30 PM 2:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| Plaintiff, | ) |
| VS. | )  CR. NO. 05-20307-D |
| ELAINE F. JACOBY<br>Defendant. | )<br>)<br>) |

## ORDER ON CHANGE OF PLEA
## AND **SETTING**

  This cause came to be heard on November 30, 2005, the United States Attorney for this district, Vivian R. Donelson, appearing for the Government and the defendant, Elaine F. Jacoby, appearing in person and with counsel, Edwin A. Perry, who represented the defendant.

  With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 49, 50, 51, 52, 53, and 54 of the Indictment.

  Remaining Counts shall be dismissed at the Sentencing Hearing.

  Plea colloquy was held and the Court accepted the guilty plea.

  **SENTENCING** in this case is **SET** for **MONDAY, MARCH 6, 2006, at 1:30 P.M., in Courtroom No. 3, on the 9th floor before Judge Bernice B. Donald.**

  Defendant is allowed to remain released on present bond.

  **ENTERED** this the 30th day of November, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20307 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT